**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

**GEORGE IROGBELE,**
   ***Plaintiff***

**v.**

**COIL TUBING PARTNERS, LLC,**
   ***Defendant***

§
§
§
§
§
§
§
§
§
§
§
§

**P:25-CV-00009-DC**

## <u>ORDER</u>

BEFORE THE COURT is the report and recommendation of United States Magistrate Judge David B. Fannin[1] concerning Defendant Coil Tubing Partners, LLC's Motion to Dismiss for Improper Venue and Alternative Motion to Transfer Venue.[2] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the magistrate judge issued his report and recommendation on February 5, 2026.[3]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[4]

---

[1] Doc. 15.
[2] Doc. 8.
[3] Doc. 15.
[4] Fed. R. Civ. P. 72 advisory committee's note.

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of the United States Magistrate Judge[5] is **ADOPTED**. Defendant's Motion to Transfer Venue[6] is **GRANTED**. Pursuant to 28 U.S.C. § 1404, the Court **ORDERS** that this case be transferred to the Western District of Louisiana, Lafayette Division.

The Court directs the Clerk's Office to **CLOSE** the case.

It is so **ORDERED**.

SIGNED this 20th day of February, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[5] Doc. 15
[6] Doc. 8.